## R. E. JONES v. STATE.
### 6 Div. 373.

Supreme Court of Alabama.

June 8, 1933.

Rehearing Denied Oct. 12, 1933.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for petitioner.

Basil A. Wood, White E. Gibson, and F. D. McArthur, all of Birmingham, for the State.

Sternfeld & Lobman, of Montgomery, amici curiæ.

THOMAS, Justice.

Petition of the state of Alabama, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in R. E. Jones v. State, 25 Ala. App. 410, 149 So. 855.

Writ denied.

All the Justices concur.